IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. DNCW3:07CR140-RJC-SCR |
| | ) | (Financial Litigation Unit) |
| DAVID RAY THOMAS, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TLC COMPANIES, | ) | |
| Garnishee. | ) | |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, that is, that the restitution debt has been paid in full, it is ORDERED that the Order of Continuing Garnishment filed in this case against the Defendant as to the Garnishee is DISMISSED.

**SO ORDERED**.

Signed: July 19, 2023

Susan C. Rodriguez
United States Magistrate Judge